1          JUDGE ROBERT S. LASNIK

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9    UNITED STATES OF AMERICA,        )    NO. CR13-00371RSL
                                      )
10         Plaintiff,                 )
                                      )
11         vs.                        )    ORDER GRANTING UNOPPOSED
                                      )    MOTION TO CONTINUE TRIAL
12   ERIC KACZMARCZYK,                )    DATE AND PRETRIAL MOTIONS
                                      )    DEADLINE
13         Defendant.                 )
                                      )
14   _____)

15

16         THE COURT having considered the unopposed motion by the defense to

17   continue the trial and the pretrial motions deadline, the records and files herein, the

18   Court hereby makes the following findings:

19         1.    Based on the facts set forth in the unopposed motion, the Court finds that a

20   failure to grant the continuance would deny counsel the reasonable time necessary for

21   effective preparation, taking into account the exercise of due diligence, within the

22   meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

23         2.    The Court further finds that the ends of justice will be served by ordering a

24   continuance in this case; that a continuance is necessary to insure adequate time for

25   defense investigation, effective trial preparation and an opportunity for the defendant to

26

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE                                    **FEDERAL PUBLIC DEFENDER**
TRIAL AND PTM DEADLINE - 1                               **1601 Fifth Avenue, Suite 700**
(*Eric Kaczmarczyk;* CR13-00371RSL)                          **Seattle, Washington  98101**
                                                              **(206) 553-1100**

1 benefit from his efforts; and that these factors outweigh the best interests of the public in

2 a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

3     IT IS THEREFORE ORDERED that the trial date for Mr. Kaczmarczyk is

4 continued from January 27, 2014, to April 21, 2014.  Pretrial motions shall be filed by

5 March 14, 2014.

6     It is further ORDERED that this period of delay from the date of this order

7 through April 21, 2014, will be excludable time under the Speedy Trial Act under Title

8 18, U.S.C. § 3161(h)(7)(A).

9     DONE this 11th day of December, 2013.

10

11

12          _Robert S. Lasnik_
           Robert S. Lasnik
13          United States District Judge

14

15

16 Presented by,

17 s/ *Dennis Carroll*
   Dennis Carroll, WSBA No. 24410
18 Attorney for Eric Kaczmarczyk
   Office of the Federal Public Defender
19 1601 Fifth Ave., Suite 700
   Seattle, WA   98101
20 206/553-1100 voice
   206/553-0120 fax
21 Dennis_Carroll@fd.org

22

23

24

25

26

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE
TRIAL AND PTM DEADLINE - 2
(*Eric Kaczmarczyk;* CR13-00371RSL)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100