THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-371-RSL |
| Plaintiff, | |
| v. | (PROPOSED) ORDER TO TERMINATE SUPERVISED RELEASE |
| ERIC KACZMARCZYK, | |
| Defendant. | |

This matter has come before the Court on the motion to modify or terminate Eric Kaczmarczyk's supervised release. The Court has considered the motion and relevant files related to this case.

THE COURT NOW ORDERS that Eric Kaczmarczyk's supervised release be terminated.

DATED this 6 day of August, 2018.

_MMSCasnik_
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Dennis Carroll
Assistant Federal Public Defender
Attorney for Eric Kaczmarczyk

ORDER TO TERMINATE
SUPERVISED RELEASE
(Eric Kaczmarczyk, CR13-371-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100